Jason Hicks (SBN NV 13149)
jason.hicks@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone:   702.792.3773
Facsimile:    702.792.9002

Tom Pack (*pro hac vice*)
tom.pack@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, CA 94105
Telephone:   415.655.1300
Facsimile:    415.707.2010

*Attorneys for Defendants*
*Medtronic, Inc. and Medtronic MiniMed, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **GLORIA JEAN ROGET**, individually and as Special Administrator and heir to the Estate of **ANDRE CARL ROGET**,<br><br>Plaintiff,<br><br>v.<br><br>**MEDTRONIC, INC.**, a California corporation, **MEDTRONIC MINIMED, INC.**, a Minnesota corporation, and **DOES 1-20**, **ROE CORPORATIONS 1-20**,<br><br>Defendants. | Case No. 2:22-cv-00646-RFB-BNW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

1

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 6-2, by and between Defendants Medtronic, Inc. and Medtronic MiniMed, Inc. ("Medtronic" or "Defendants"), by and through their counsel, the law firm of Greenberg Traurig, LLP, and Plaintiff Gloria Jean Roget, individually and as Special Administrator and heir to the Estate of Andre Carl Roget ("Plaintiff"), by and through her counsel, the law firms of Muaina Injury Law and Simon Greenstone Panatier, P.C., that the above-captioned action shall be **DISMISSED WITH PREJUDICE.** This Stipulation dismisses all of Plaintiff's claims against all parties in the above-captioned action, including those parties who have not entered their appearance and/or signed the stipulation. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Respectfully submitted on October 3, 2024

| | |
|---|---|
| */s/ Shreedher R. Patel* | */s/ Jason Hicks* |
| Shaun K. Muaina, Esq. (SBN 12829)<br>**MUAINA INJURY LAW**<br>8972 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>Telephone: 702-862-8200 | Jason Hicks, Esq. (SBN 13149)<br>**GREENBERG TRAURIG, LLP**<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br>Telephone: 702-792-3773 |
| Shreedher R. Patel, Esq. (*pro hac vice*)<br>**SIMON GREENSTONE PANATIER, P.C.**<br>1201 Elm Street, Suite 3400<br>Dallas, Texas 75270<br>Telephone: 214-276-7680 | Thomas R. Pack, Esq. (*pro hac vice*)<br>**GREENBERG TRAURIG, LLP**<br>101 Second Street, Suite 2200<br>San Francisco, CA 94105<br>Telephone: 415-655-1300 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 4, 2024